**IN THE UNITED STATES DISTRICT CROUT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MATTHEW GIBSON,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO.: 5:21-cv-00181
HONORABLE FRANK VOLK**

**LOUISE E. GOLDSTON, individually,
COUNTY COMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

       **Defendants.**

## **NOTICE OF APPEARANCE**

      To the Court and parties in the above-styled action, please take notice that J. Victor Flanagan and Kevin J. Robinson will be representing the Defendants County Commission of Raleigh County, Jeff McPeake, individually, Brian White, individually, and Bobby Stump, individually, in the above-styled action.  Mr. Flanagan  and Mr. Robinson are members of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and work in the Beckley, West Virginia office of Pullin, Fowler, Flanagan, Brown & Poe.

      All future pleadings, notices, and correspondence may be served upon or directed to J. Victor Flanagan and Kevin J. Robinson as counsel for the Defendants, County Commission of Raleigh County, Jeff McPeake, individually, Brian White, individually, and Bobby Stump, individually, by mailing them to the following address:

J. Victor Flanagan
Kevin J. Robinson
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
(304) 254-9300

**COUNTY COMMISSION OF RALEIGH COUNTY, JEFF MCPEAKE, individually, BRIAN WHITE, individually, AND BOBBY STUMP, individually,**

**By Counsel:**

*/s/ J. Victor Flanagan*
J. Victor Flanagan, WV State Bar No. 5254
Kevin J. Robinson, WV State Bar No. 10181

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
252 George Street
Beckley WV 25801
Telephone: (304) 254-9300
Facsimile: (304) 255-5519

2

IN THE UNITED STATES DISTRICT CROUT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                      **CIVIL ACTION NO.: 5:21-cv-00181**
                                            **HONORABLE FRANK VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

       The undersigned, counsel of record for Defendants, does hereby certify on this 25th day of March, 2021, that a true copy of the foregoing "***Notice of Appearance***" was served upon opposing counsel by via the CM/ECF system, and/or by depositing same to them in the U.S. Mail, postage prepaid, sealed in an envelope, and addressed as follows:

                              John H. Bryan, Esquire
                              Law Office of John H. Bryan
                                  611 Main St.
                                  P.O. Box 366
                                  Union, WV 24983
                                *Counsel for Plaintiff*

                                                             */s/ J. Victor Flanagan*
                                                      J. Victor Flanagan, WV State Bar No. 5254
                                                      Kevin J. Robinson, WV State Bar No. 10181

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
252 George Street
Beckley, WV 25801
Telephone: (304) 254-9300/ Facsimile: (304) 255-5519