935 3292\

21C-0824

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED APR 05 2021 BY:

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

ENTERED BY: SB
I

Matthew Gibson

*Plaintiff(s)*

v.

Civil Action No. 5:21-cv-00181

LOUISE E. GOLDSTON, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyle Lusk
Lusk, Bradford & Gray, PLLC
220 N. Fayette Street
Beckley, WV 25801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN H. BRYAN
P.O. BOX 366
UNION, WV 24983

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/24/2021

s/Rory L. Perry II
*Signature of Clerk*



Case 5:21-cv-00181 Document 4 Filed 03/04/21 Page 2 of 2 PageID #: 57

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-00181

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kyle Lusk
was received by me on *(date)* 3-29-21 .

☑ I personally served the summons on the individual at *(place)* 220 N. Fayette St. Beckley, WV 25801 on *(date)* 3-29-21 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-29-21

*Server's signature*

Greg Brown / Civil Process
*Printed name and title*

201 S. Eisenhower Dr Beckley, WV 25801
*Server's address*

Additional information regarding attempted service, etc: