21C-0825

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| Matthew Gibson | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:21-cv-00181 |
| | ) | |
| LOUISE E. GOLDSTON, et al. | ) | |
| *Defendant(s)* | ) | |



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bobby Stump
Raleigh County Sheriff's Office
201 S. Eisenhower Drive
Beckley, WV 25801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN H. BRYAN
P.O. BOX 366
UNION, WV 24983

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/24/2021

s/Rory L. Perry II
*Signature*

Executed the within SUMMONS
by delivering an office copy thereof to
BOBBY STUMP
in my said county, on the 29 day of
MARCH 20 21 at 0855 hours.
SCOTT VAN METER, SHERIFF

By: Ken Meadows Deputy