# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                            **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF DEFENDANT KYLE LUSK

Please take notice that Arie M. Spitz, Kevin A. Nelson, Jason L. Holliday and the law firm of Dinsmore & Shohl, LLP will appear on behalf of Defendant Kyle Lusk in the above-referenced matter. Please direct all correspondence and communication to the Defendant's counsel as follows:

Arie M. Spitz
Kevin A. Nelson
Jason L. Holliday
DINSMORE & SHOHL LLP
P.O. Box 11887
Charleston, WV 25339-1887
Telephone: (304) 357-0900
Facsimile: (304) 357-0919
arie.spitz@dinsmore.com
kevin.nelson@dinsmore.com
jason.holliday@dinsmore.com

        **KYLE LUSK,**

        **By Counsel,**

        /s/ Arie M. Spitz
        Arie M. Spitz (WVSB # 10867)
        Kevin A. Nelson (WVSB# 2705)
        Jason L. Holliday (WVSB # 12749)
        DINSMORE & SHOHL LLP
        707 Virginia Street, East, Suite 1300
        P.O. Box 11887
        Charleston, West Virginia 25339-1887
        Telephone: (304) 357-0900
        Facsimile: (304) 357-0919
        arie.spitz@dinsmore.com
        kevin.nelson@dinsmore.com
        jason.holliday@dinsmore.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                                                             **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I, Arie M. Spitz, counsel for Defendant Kyle Lusk, do hereby certify that I have filed a true copy of the foregoing *Notice of Appearance of Counsel of Behalf of Defendant Kyle Lusk* this 15th day of April 2021 with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the below listed CM/ECF participants:

John H. Bryan
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

J. Victor Flanagan
Kevin J. Robinson
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
*Counsel for Defendants*
*County Commission of Raleigh County, Jeff McPeake,*
*Brian White and Bobby Stump*

/s/ Arie M. Spitz
Arie M. Spitz (WVSB # 10867)