# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                                   **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## DEFENDANT KYLE LUSK'S MOTION TO DISMISS

Mr. Lusk moves to dismiss the claims against him pursuant to Federal Rules of Civil Procedure 12(b)(5) and (6) because he was not served a copy of the summons and because the Complaint fails to state a claim for which relief can be granted against him. As more fully detailed in the accompanying memorandum of law, Mr. Lusk was not a state actor or acting under color of law, therefore, the Plaintiff's 42 U.S.C. § 1983 claims against him fail as a matter of law. Further, because the acts at issue occurred in the course of Mr. Lusk's representation of a client during a Family Court hearing, Mr. Lusk is shielded from suit by the litigation privilege. For these reasons, Mr. Lusk respectfully requests that this Court dismiss all claims against him with prejudice.

**KYLE LUSK,**

**By Counsel,**

/s/ Arie M. Spitz
Arie M. Spitz (WVSB # 10867)
Kevin A. Nelson (WVSB# 2705)
Jason L. Holliday (WVSB # 12749)
DINSMORE & SHOHL LLP
707 Virginia Street, East, Suite 1300
P.O. Box 11887
Charleston, West Virginia 25339-1887
Telephone: (304) 357-0900
Facsimile: (304) 357-0919
arie.spitz@dinsmore.com
kevin.nelson@dinsmore.com
jason.holliday@dinsmore.com

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                            Civil Action No. 5:21-CV-00181

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Arie M. Spitz, counsel for Defendant Kyle Lusk, do hereby certify that I have filed a true copy of the foregoing ***Defendant Kyle Lusk's Motion to Dismiss*** this 19th day of April 2021 with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the below listed CM/ECF participants:

John H. Bryan
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

J. Victor Flanagan
Kevin J. Robinson
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
*Counsel for Defendants*
*County Commission of Raleigh County, Jeff McPeake,*
*Brian White and Bobby Stump*

/s/ Arie M. Spitz
Arie M. Spitz (WVSB # 10867)