# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

MATTHEW GIBSON,

    Plaintiff,

v.

Civil Action No. 5:21-CV-00181

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

    Defendants.

## AFFIDAVIT OF KYLE LUSK

I, KYLE LUSK, swear and affirm that to the best of my knowledge and ability the following information is true and correct:

1. I am an attorney practicing in West Virginia with the law firm of Lusk & Bradford, PLLC under West Virginia State Bar No. 2273.

2. The offices of Lusk & Bradford, PLLC are located on 220 N. Fayette Street, Beckley, West Virginia, 25801.

3. On March 29, 2021, I was served with the documents attached as Exhibit B.

4. The documents attached as Exhibit B included a copy of the Complaint but did not include the Summons.

5. I remarked to the process server something to the effect of "hey, there is no summons here," but the process server did not respond and instead left my office.

6. To date, I have not been served with a Summons for this matter.

7. The Petition for Contempt that is at issue in this civil action is still pending before the Raleigh County Family Court and I am still counsel for Mr. Gibson's ex-wife in that matter.

Date: 4-19-21

_____
Kyle Lusk, Esq.

Taken, subscribed and sworn or affirmed by Kyle Lusk before me on April 19, 2021
My Commission expires on April 10, 2026.

_____
Notary Public

2