IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

vs.                                      Civil Action No. 5:21-cv-00181
                                           Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

    **Defendant.**

## **CERTIFICATE OF SERVICE**

I, John H. Bryan, do hereby certify that a true copy of the foregoing, PLAINTIFFS' RULE 26 (a)(1) DISCLOSURE, has been served upon counsel of record by using the CM/ECF System, this the 20th day of July, 2021, and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants,* |
| *Counsel for Louise E. Goldston* | *Jeff McPeak, Brian White and Bobby Stump* |

Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887                             /s/ John H. Bryan
*Counsel for Kyle Lusk*                                            John H. Bryan