IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                      **CIVIL ACTION NO.: 5:21-cv-00181**
                                            **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants Raleigh County Commission, Jeff McPeake, Brian White, and Bobby Stump, does hereby certify on this 20th day of July, 2021, that a true copy of the foregoing "**DEFENDANTS RALEIGH COUNTY COMMISSION, JEFF MCPEAKE, BRIAN WHITE, AND BOBBY STUMP'S DISCLOSURES UNDER RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**" was served upon opposing counsel by depositing same to them in the U.S. Mail, postage prepaid, sealed in an envelope, and addressed as follows:

John H. Bryan, Esquire
Law Office of John H. Bryan
611 Main St.
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
*Counsel for Plaintiff*

Doc. No. 159                6

                    Jennifer E. Tully, Esquire
                    Adam K. Strider, Esquire
                    Bailey & Wyant, PLLC
           500 Virginia Street, East, Suite 600
                       P. O. Box 3710
                Charleston, WV 25337-3710
                    jtully@baileywvant.com
                  astrider@baileywvant.com
         *Counsel for Defendant Louise E. Goldston*

                      Arie M. Spitz, Esquire
                    Kevin A. Nelson, Esquire
                       Jason L. Holliday
                    Dinsmore & Shohl, LLP
                       P. O. Box 11887
                Charleston, WV 25339-1887
                *arie.spitz@dinsmore.com*
             *kevin.nelson@dinsmore.com*
            *jason.holliday@dinsmore.com*
           *Counsel for Defendant Kyle Lusk*

                                /s/ Kevin J. Robinson
                            J. Victor Flanagan, WV State Bar No. 5254
                            Kevin J. Robinson, WV State Bar No. 10181

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
252 George Street
Beckley, WV 25801
Telephone:    (304) 254-9300
Facsimile:     (304) 255-5519