IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

   Plaintiff,

v.                                                                                 Civil Action No. 5:21-cv-00181
                                                                                  Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually, KYLE LUSK, individually,**

   Defendants.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the "**CERTIFICATE OF SERVICE**" for "*Defendant Louise E. Goldston's Request for Admission to Plaintiff*" was electronically filed with the Clerk of the Court using the Court's Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following on this day, August 17, 2021:

Arie M. Spitz<br>
Jason L. Holliday<br>
Kevin A. Nelson<br>
Dinsmore & Shohl, LLP<br>
P.O. Box 11887<br>
707 Virginia Street East, Suite 1300<br>
Charleston, WV  25339-1887<br>
<em>Attorney For: Kyle Lusk</em>

J. Victor Flanagan<br>
Kevin J. Robinson<br>
Pullin Fowler Flanagan Brown & Poe, PLLC<br>
901 Quarrier St<br>
Charleston, WV  25301<br>
<em>Attorney For: Brian White, County Commission of Raleigh County, Jeff McPeake</em>

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Matthew Gibson*

I hereby certify that I have mailed, by United States Postal Service, the to the following on this day, August 17, 2021:

Arie M. Spitz
Jason L. Holliday
Kevin A. Nelson
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV 25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier St
Charleston, WV 25301
*Attorney For: Brian White, County Commission of Raleigh County, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Matthew Gibson*

  **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**

**jtully@baileywyant.com**

**astrider@baileywyant.com**