# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                                      **Civil Action No. 5:21-cv-00181**
                                                                           **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually, KYLE LUSK, individually,**

    **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the **"AMENDED CERTIFICATE OF SERVICE"** for "*Defendant Louise E. Goldston's Request for Admission to Plaintiff*" was electronically filed with the Clerk of the Court using the Court's Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following on this day, August 18, 2021:

      Arie M. Spitz
      Jason L. Holliday
      Kevin A. Nelson
      Dinsmore & Shohl, LLP
      P.O. Box 11887
      707 Virginia Street East, Suite 1300
      Charleston, WV  25339-1887
      *Attorney For: Kyle Lusk*

      J. Victor Flanagan
      Kevin J. Robinson
      Pullin Fowler Flanagan Brown & Poe, PLLC
      901 Quarrier St
      Charleston, WV  25301
      *Attorney For: Brian White, County Commission of Raleigh County, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

I hereby certify that I have mailed, by United States Postal Service, the to the following on this day, August 18, 2021:

Arie M. Spitz
Jason L. Holliday
Kevin A. Nelson
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV  25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier St
Charleston, WV  25301
*Attorney For: Brian White, County Commission of Raleigh County, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

  **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**

**F: 304.343.3133**

**jtully@baileywyant.com**

**astrider@baileywyant.com**