IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

vs.                                                                          Civil Action No. 5:21-cv-00181
                                                                             Honorable Frank W. Volk

**LOUISE E. GOLDSTON,
individually,
COUNTY COMMISSION OF
RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that a true copy of the foregoing, PLAINTIFF MATTHEW GIBSON'S RESPONSE TO DEFENDANT JEFF MCPEAKE'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, has been served upon counsel of record by using the CM/ECF System, this the 20th day of September, 2021, and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants,* |
| *Counsel for Louise E. Goldston* | *Jeff McPeak, Brian White and Bobby Stump* |

Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*

                                                                /s/ John H. Bryan_____
                                                               John H. Bryan