IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

      **Plaintiff,**

vs.                                                    Civil Action No. 5:21-cv-00181
                                                              Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

      **Defendant.**

## CERTIFICATE OF SERVICE

      I, John H. Bryan, do hereby certify that a true copy of the foregoing, PLAINTIFF MATTHEW GIBSON'S RESPONSE TO DEFENDANT LOUISE E. GOLDSTON'S REQUEST FOR ADMISSION TO PLAINTIFF, has been served upon counsel of record by using the CM/ECF System, this the 20th day of September, 2021, and addressed as follows:

Jennifer E. Tully, Esq.
Adam K. Strider, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Louise E. Goldston*
Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.

J. Victor Flanagan, Esq.
Kevin J. Robinson, Esq.
Pullin Fowler Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
*Counsel for Raleigh County Defendants,
Jeff McPeak, Brian White and Bobby Stump*

Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*

                                                  /s/ John H. Bryan_____
                                                  John H. Bryan