IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

      **Plaintiff,**

vs.                                  Civil Action No. 5:21-cv-00181

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

      **Defendant.**

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S FIRST SET OF COMBINED DISCOVERY REQUESTS TO DEFENDANT LOUISE E. GOLDSTON has been served upon counsel of record by depositing the same to them in the U.S. Mail, postage prepaid, sealed in an envelope, as well as by Email to the following addresses, this the 29th day of October, 2021 and addressed as follows:

                Jennifer E. Tully, Esquire
                Adam K. Strider, Esquire
                Bailey & Wyant, PLLC
                500 Virginia Street, East, Suite 600
                PO Box 3710
                Charleston, West Virginia 25337-3710
                *Counsel for Louise E. Goldston*
                jtully@baileywyant.com
                astrider@bailywyant.com

J. Victor Flanagan
Kevin J. Robinson
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
*Counsel for Brian White, County Commission of Raleigh County, Jeff McPeake and Bobby Stump*
krobinson@pffwv.com
vflanagan@pffwv.com


Arie M. Spitz
Jason L. Holliday
Kevin A. Nelson
Dinsomore & Stohl, LLP
PO Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*
arie.spitz@dinsmore.com
kevin.nelson@dinsmore.com
jason.holliday@dinsmore.com


   /s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com