## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                                                               **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Jason L. Holliday, counsel for Defendant Kyle Lusk, do hereby certify that I have filed a true copy of the foregoing ***Defendant Kyle Lusk's First Set of Requests for Admission to Defendant Judge Louise E. Goldston*** this 8th day of November with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the below listed CM/ECF particpants:

John H. Bryan
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

4

J. Victor Flanagan
Kevin J. Robinson
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
*Counsel for Defendants*
*County Commission of Raleigh County, Jeff McPeake,*
*Brian White and Bobby Stump*

Jennifer E. Tully
Adam K. Strider
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant Louise E. Goldston*

/s/ Jason L. Holliday
Jason L. Holliday (WVSB # 12749)