# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MATTHEW GIBSON,**

   **Plaintiff,**

v.                                         Civil Action No. 5:21-cv-00181
                                               Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually, KYLE LUSK, individually,**

   **Defendants.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"DEFENDANT LOUISE E. GOLDSTON'S RESPONSES TO PLAINTIFF'S FIRST SET OF COMBINED DISCOVERY REQUESTS"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, November 29, 2021:

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier St
Charleston, WV 25301
*Attorney For: Brian White, Jeff McPeake, Bobby Stump,
County Commission of Raleigh County*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Matthew Gibson*

Arie M. Spitz
Kevin A. Nelson
Jason L. Holliday
Dinsmore & Shohl LLP
P.O. Box 11887
Charleston, WV 25339-1887
*Attorney For: Kyle Lusk*

I hereby certify that I have mailed, by United States Postal Service, the to the following on this day, November 29, 2021:

Arie M. Spitz
Jason L. Holliday
Kevin A. Nelson
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV  25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
901 Quarrier St
Charleston, WV  25301
*Attorney For: Brian White, County Commission of Raleigh County, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

   **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**