UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

v.                           CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON,
COUNTY COMMISSION OF RALEIGH
COUNTY, JEFF MCPEAKE, BRIAN WHITE,
BOBBY STUMP, and KYLE LUSK,

    Defendants.

## ORDER

Pending is Defendant Louise E. Goldston's Motion to Dismiss [Doc. 9], filed April 19, 2021. On November 18, 2021, the Supreme Court of Appeals of West Virginia entered an opinion respecting Ms. Goldston's judicial disciplinary proceeding. The West Virginia Court censured and fined Ms. Goldston for the actions forming the basis for this litigation. *In re Goldston*, No. 20-0742, 2021 WL 5370473 (W. Va. Nov. 18, 2021).

The Court **ORDERS** that Plaintiff Matthew Gibson and Ms. Goldston each file a supplemental brief on or before December 17, 2021, addressing the effect herein, if any, of *In re Goldston*.

The Clerk is directed to send a copy of this written opinion and order to counsel of record and to any unrepresented party.

ENTER:    December 3, 2021



Frank W. Volk
United States District Judge