# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

MATTHEW GIBSON,

    Plaintiff,

v.                                          Civil Action No. 5:21-CV-00181

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

    Defendants.

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that a true copy of the foregoing, **PLAINTIFF MATT GIBSON'S RESPONSE TO DEFENDANT KYLE LUSK'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION TO PLAINTIFF,** has been served upon counsel of record by the CM/ECF System, this the 10th day of December, 2021, and addressed as follows:

        Arie M. Spitz
        Jason L. Holliday
        Kevin A. Nelson
        Dinsomore & Stohl, LLP
        PO Box 11887
        707 Virginia Street East, Suite 1300
        Charleston, WV 25339-1887
        *Counsel for Kyle Lusk*
        arie.spitz@dinsmore.com
        kevin.nelson@dinsmore.com
        jason.holliday@dinsmore.com

Jennifer E. Tully, Esquire
Adam K. Strider, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Louise E. Goldston*
jtully@baileywyant.com
astrider@bailywyant.com


J. Victor Flanagan
Kevin J. Robinson
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
*Counsel for Brian White, County Commission of Raleigh County, Jeff McPeake and Bobby Stump*
krobinson@pffwv.com
vflanagan@pffwv.com


    /s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com