IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

      **Plaintiff,**

vs.                         Civil Action No. 5:21-cv-00181

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

      **Defendant.**

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S FIRST SET OF COMBINED DISCOVERY REQUESTS TO DEFENDANT KYLE LUSK has been served upon counsel of record by using the CM/ECF System, this the 10th day of December, 2021 and addressed as follows:

        Arie M. Spitz
        Jason L. Holliday
        Kevin A. Nelson
        Dinsomore & Stohl, LLP
        PO Box 11887
        707 Virginia Street East, Suite 1300
        Charleston, WV 25339-1887
        *Counsel for Kyle Lusk*

Jennifer E. Tully, Esquire
Adam K. Strider, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Louise E. Goldston*


J. Victor Flanagan
Kevin J. Robinson
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
*Counsel for Brian White, County Commission of Raleigh County, Jeff McPeake, and Bobby Stump*


   /s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com