**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

**MATTHEW GIBSON,**

     **Plaintiff,**

**v.**                                               **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, et al.,**

     **Defendants.**

## CERTIFICATE OF SERVICE

I, Arie M. Spitz, counsel for Defendant Kyle Lusk, do hereby certify that I have filed a true copy of the foregoing ***Defendant Kyle Lusk's Responsive Rule 26(a)(2) Expert Disclosures*** this 10th day of January 2022 with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the below listed CM/ECF participants:

John H. Bryan
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

J. Victor Flanagan
Kevin J. Robinson
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
*Counsel for Defendants*
*County Commission of Raleigh County, Jeff McPeake,*
*Brian White and Bobby Stump*

3

Jennifer E. Tully
Adam K. Strider
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant Louise E. Goldston*

/s/ Arie M. Spitz
Arie M. Spitz (WVSB # 10867)

4