IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

  **Plaintiff,**

v.               **CIVIL ACTION NO.: 5:21-cv-00181**
                  **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

  **Defendants.**

## CERTIFICATE OF SERVICE

  The undersigned, counsel of record for Defendants, does hereby certify on this 10th day of January, 2022, that a true copy of the foregoing "**DEFENDANTS JEFF MCPEAKE, BRIAN WHITE, BOBBY STUMP AND THE RALEIGH COUNTY COMMISSION'S EXPERT WITNESS DISCLOSURE UNDER RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**" was served upon opposing counsel by depositing same to them in the U.S. Mail, postage prepaid, sealed in an envelope, and addressed as follows:

       John H. Bryan, Esquire
      Law Office of John H. Bryan
         611 Main St.
         P.O. Box 366
        Union, WV 24983
       jhb@johnbryanlaw.com
       *Counsel for Plaintiff*

3


Jennifer E. Tully, Esquire
Adam K. Strider, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P. O. Box 3710
Charleston, WV 25337-3710
jtully@baileywvant.com
astrider@baileywvant.com
*Counsel for Defendant Louise E. Goldston*

Arie M. Spitz, Esquire
Kevin A. Nelson, Esquire
Jason L. Holliday
Dinsmore & Shohl, LLP
P. O. Box 11887
Charleston, WV 25339-1887
*arie.spitz@dinsmore.com*
*kevin.nelson@dinsmore.com*
*jason.holliday@dinsmore.com*
*Counsel for Defendant Kyle Lusk*

/s/ Kevin J. Robinson
J. Victor Flanagan, WV State Bar No. 5254
Kevin J. Robinson, WV State Bar No. 10181

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
252 George Street
Beckley, WV  25801
Telephone:    (304) 254-9300
Facsimile:     (304) 255-5519

4