# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                          Civil Action No. 5:21-CV-00181

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## STIPULATION EXTENDING TIME FOR DEFENDANT LUSK
## TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Comes now the Plaintiff Matthew Gibson and Defendant Kyle Lusk, ("Defendant Lusk"), by their respective counsel, and agree and stipulate that Defendant Lusk shall have until Monday, January 24, 2022 to respond to *Plaintiff's First Set of Discovery to Defendant*.

It is so **STIPULATED** this 11th day of January, 2022.

| **Prepared by:** | **Agreed to by:** |
|---|---|
| /s/ Jason L. Holliday | /s/ John H. Bryan |
| Arie M. Spitz (WVSB # 10867) | John H. Bryan (WV Bar No. 10259) |
| Kevin A. Nelson (WVSB# 2705) | JOHN H. BRYAN, ATTORNEY AT LAW |
| Jason L. Holliday (WVSB # 12749) | 411 Main Street |
| DINSMORE & SHOHL LLP | P.O. Box 366 |
| 707 Virginia Street, East, Suite 1300 | Union, WV 24983 |
| P.O. Box 11887 | (304) 772-4999 |
| Charleston, West Virginia 25339-1887 | Fax: (304) 772-4998 |
| Telephone: (304) 357-0900 | jhb@johnbryanlaw.com |
| Facsimile: (304) 357-0919 | ***Counsel for Plaintiff*** |
| arie.spitz@dinsmore.com | |
| kevin.nelson@dinsmore.com | |
| jason.holliday@dinsmore.com | |
| ***Counsel for Defendant*** | |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                                        Civil Action No. 5:21-CV-00181

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Jason L. Holliday, do hereby certify that on January 11, 2022, I electronically filed the foregoing ***Stipulation Extending Time for Defendant Lusk to Respond to Plaintiff's Discovery Requests*** with the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

John H. Bryan
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
*Counsel for Plaintiff*

J. Victor Flanagan
Kevin J. Robinson
PULLIN FOWLER FLANAGAN BROWN & POE
252 George Street
Beckley, WV 25801
*Counsel for Defendants*
*County Commission of Raleigh County, Jeff McPeake,*
*Brian White and Bobby Stump*

Jennifer E. Tully
Adam K. Strider
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant Louise E. Goldston*

/s/ Jason L. Holliday
Jason L. Holliday (WVSB # 12749)