# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MATTHEW GIBSON,**

   **Plaintiff,**

   v.                                          **Civil Action No. 5:21-cv-00181**
                                                        **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually, KYLE LUSK, individually,**

   **Defendants.**

## NOTICE OF DEPOSITION OF MATTHEW GIBSON

     PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the undersigned counsel will take the deposition of **Matthew Gibson**, on **February 7, 2022**, at **10:00 AM**, before a certified court reporter or officer authorized by law to take depositions in the State of West Virginia.  The deposition will take place at the following location:

Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV

The examination will continue from day to day until such time as it is completed.  The deposition is being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of the Court.

                                                                                **Louise E. Goldston,
By Counsel,**

 **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)
Adam K. Strider (WV Bar #12483)
BAILEY & WYANT, PLLC**

2

**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                                                                                        Civil Action No. 5:21-cv-00181
                                                                                                            Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually, KYLE LUSK, individually,**

    **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

       **I HEREBY CERTIFY** that a true and correct copy of the **"NOTICE OF DEPOSITION OF MATTHEW GIBSON"** was electronically filed with the Clerk of the Court using the Court's Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following on this day, February 2, 2022:

Arie M. Spitz
Kevin A. Nelson
Jason L. Holliday
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV  25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Bobby Stump, Brian White, Jeff McPeake*

John H. Bryan<br>
Law Office of John H. Bryan<br>
PO Box 366<br>
Union, WV  24983<br>
*Attorney For: Matthew Gibson*

 **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**