**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT BECKLEY**

**MATTHEW GIBSON,**

**Plaintiff,**

**vs.** **Civil Action No. 5:21-cv-00181**
**Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

**Defendant.**

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of **Louise E. Goldston,** on **Wednesday, February 9, 2022, beginning at 10:00 a.m.,** before a certified court reporter or officer authorized by law to take depositions in the State of West Virginia. The depositions will take place in person at the following location:

**Pullin, Fowler, Flanagan, Brown & Poe, PLLC**
**252 George Street**
**Beckley, WV**

The examination will continue until such time as it is completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of the Court.

MATTHEW GIBSON,
By Counsel

_/s/ John H. Bryan________________________
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT BECKLEY**

**MATTHEW GIBSON,**

**Plaintiff,**

**vs.**

**Civil Action No. 5:21-cv-00181**
**Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing NOTICE OF DEPOSITION, has been served upon counsel of record by using the CM/ECF System, this the 2nd day of February, 2022, and addressed as follows:

Jennifer E. Tully, Esq.
Adam K. Strider, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Louise E. Goldston*

Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*

J. Victor Flanagan, Esq.
Kevin J. Robinson, Esq.
Pullin Fowler Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
*Counsel for Raleigh County Defendants*

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com