### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

vs.                                                                  Civil Action No. 5:21-cv-00181
                                                                       Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendant.**

### NOTICE OF CANCELED DEPOSITION

PLEASE TAKE NOTICE that the deposition of **Louise E. Goldston,** scheduled for **Wednesday, February 9, 2022, beginning at 10:00 a.m.,** has been cancelled due to illness and will be rescheduled to the soonest possible date.

                                                       MATTHEW GIBSON,
                                                       By Counsel

  /s/ John H. Bryan                     
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

       **Plaintiff,**

vs.                                                    **Civil Action No. 5:21-cv-00181**
                                                             **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

       **Defendant.**

## **CERTIFICATE OF SERVICE**

      I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing NOTICE OF CANCELLED DEPOSITION, has been served upon counsel of record by using the CM/ECF System, this the 7th day of February, 2022, and addressed as follows:

Jennifer E. Tully, Esq.
Adam K. Strider, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Louise E. Goldston*

J. Victor Flanagan, Esq.
Kevin J. Robinson, Esq.
Pullin Fowler Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
*Counsel for Raleigh County Defendants*

Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com