UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

v.                                                    CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually, and
KYLE LUSK, individually,

    Defendants.

## ORDER

    Pending is the parties' Joint Motion to Modify the Scheduling Order [Doc. 52].

    Counsel are mistaken in their assertion that their proposed schedule will not adversely impact the remainder of deadlines set forth in the Scheduling Order entered June 21, 2021. Their suggested approach will, *inter alia*, reduce the time otherwise allotted for adjudication of dispositive motions. Therefore, the Court **GRANTS** the motion [Doc. 52] in part and **AMENDS** the schedule as follows:

| Deadline | Date |
| --- | --- |
| Discovery to close | 03/08/2022 |
| Dispositive motions deadline | 03/28/2022 |
| Response to dispositive motion | 04/11/2022 |
| Reply to response to dispositive motion | 04/18/2022 |
| Settlement meeting | 05/30/2022 |
| Motion in limine deadline | 06/06/2022 |
| Responses for motions in limine | 06/13/2022 |

| | |
|---|---|
| Proposed pretrial order to defendant | 06/02/2022 |
| Integrated pretrial order | 06/09/2022 |
| Pretrial conference | 06/24/2022 10:00 AM |
| Proposed jury charge | 07/11/2022 |
| Final settlement conference | 07/15/2022 10:30 AM |
| Civil Jury Trial | 07/19/2022 9:00 AM |

Apart from the modified dates and directives contained herein, the requirements and directives of the previously operative scheduling order(s) remain in full force and effect.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTERED: February 14, 2022

Frank W. Volk
United States District Judge