**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MATTHEW GIBSON,**

        **Plaintiff,**

**vs.**                               **Civil Action No. 5:21-cv-00181**
                                         **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

        **Defendant.**

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition of

**Brian White,** on **Tuesday, March 1, 2022, beginning at 2:00 p.m.,** before a certified

court reporter or officer authorized by law to take depositions in the State of West

Virginia.   The depositions will take place in person at the following location:

**Pullin, Fowler, Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV**

The examination will continue until such time as it is completed.  The deposition

is being taken for the purposes of discovery, for use at trial, or for such other purposes

as are permitted under the Rules of the Court.

                                    MATTHEW GIBSON,
                                    By Counsel

  /s/ John H. Bryan                           
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MATTHEW GIBSON,**

       **Plaintiff,**

**vs.**                             **Civil Action No. 5:21-cv-00181**
                                     **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

       **Defendant.**

## CERTIFICATE OF SERVICE

      I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing NOTICE OF DEPOSITION, has been served upon counsel of record by using the CM/ECF System, this the 18th day of February, 2022, and addressed as follows:

Jennifer E. Tully, Esq.
Adam K. Strider, Esq.
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Louise E. Goldston*

Arie M. Spitz, Esq.
Kevin A. Nelson, Esq.
Jason L. Holliday, Esq.
Dinsmore & Shohl, LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-1887
*Counsel for Kyle Lusk*

J. Victor Flanagan, Esq.
Kevin J. Robinson, Esq.
Pullin Fowler Flanagan, Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
*Counsel for Raleigh County Defendants*

/s/ John H. Bryan           
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com