**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

**MATTHEW GIBSON,**

      **Plaintiff,**

**v.**                                        **Civil Action No. 5:21-CV-00181**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

      **Defendants.**

## <u>AGREED DISMISSAL ORDER</u>

This day came Plaintiff, Matthew Gibson, and Defendant, Kyle Lusk, by their respective counsel, and represent to the Court that they have reached a settlement and, thereupon, moved the Court to dismiss Defendant Lusk from this action, with prejudice.

It appearing to the Court proper so to do, it is **ORDERED** that this action, as it pertains to Defendant Lusk, be and the same is hereby **DISMISSED**, **WITH PREJUDICE,** and that each party shall bear their own attorney fees and costs of action. This Order is not intended, nor shall it be construed, to dismiss any other parties to this action.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: _____2022.


_____
FRANK W. VOLK
UNITED STATES DISTRICT JUDGE

1

PREPARED BY:

/s/ Arie M. Spitz
Arie M. Spitz (WVSB # 10867)
Kevin A. Nelson (WVSB# 2705)
Jason L. Holliday (WVSB # 12749)
DINSMORE & SHOHL LLP
707 Virginia Street, East, Suite 1300
P.O. Box 11887
Charleston, West Virginia 25339-1887
Telephone: (304) 357-0900
Facsimile: (304) 357-0919
arie.spitz@dinsmore.com
kevin.nelson@dinsmore.com
jason.holliday@dinsmore.com
*Counsel for Defendant Kyle Lusk*


AGREED TO BY:

/s/ John H. Bryan
John H. Bryan (W.Va. Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. BOX 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com
*Counsel for Plaintiff*