# EXHIBIT - C

Page 58

1  Gibson had people with him on his property
2  when you arrived?
3      A. Yes. There were several people
4  there.
5      Q. And it was your understanding that
6  they were there with his permission?
7      A. I would assume so.
8      Q. I mean, you saw Mr. Gibson's
9  girlfriend with a phone recording -- video
10 recording you and Judge Goldston?
11     A. I don't know if -- I didn't see
12 anybody videotaping.
13     Q. Okay. So it is your understanding
14 that Officer Stump, once he arrived, made
15 everybody leave Mr. Gibson's property?
16     A. Right. He told me he -- he got rid
17 of the crowd, and asked me if I needed
18 anything else. And I told him we seem to be
19 fine -- everybody seemed to be fine.
20     Q. When you had that conversation with
21 Mr. Stump, was that inside Mr. Gibson's
22 house?
23     A. I believe so.
24     Q. Do you recall where inside the

Page 59

1  house that took place?
2      A. Probably in the den downstairs.
3      Q. Did Mr. Gibson ever invite Officer
4  Stump inside his house?
5      A. No. I think we were already
6  downstairs when Officer Stump came down.
7      Q. So Mr. Gibson wasn't even aware
8  that Stump came in?
9      A. Not that I am aware of, no.
10     Q. Were you in Mr. Gibson's presence
11 pretty much the whole time during that
12 search?
13     A. I think so, yes.
14     Q. I may have asked you. But did you
15 ever physically pick up any item of property
16 inside Mr. Gibson's house?
17     A. Not -- unless somebody asked me to
18 help move something. But I -- I don't think
19 -- I don't remember touching anything, no.
20     Q. Who else -- what other deputies
21 arrived other than Officer Stump?
22     A. I think it was Officer White.
23     Q. And do you recall whether or not he
24 came inside Mr. Gibson's house?

Page 60

1      A. I believe I did see him downstairs,
2  yes.
3      Q. Did he come in at the same time as
4  Stump?
5      A. I don't know who came first.
6      Q. Did they come in at about the same
7  time?
8      A. They could have. I do remember on
9  the radio they were -- there was some mix-up
10 about the address. And I think -- I don't
11 know if that had anything to do with the
12 order in which they arrived or not.
13     Q. Do you know whether they knew what
14 they -- what kind of scene they were
15 responding to or why?
16     A. No. I got on the radio and said
17 that I am out at whatever -- I don't remember
18 the address -- but whatever road or drive or
19 something with the judge, and I -- if there
20 was an officer available, I needed backup.
21     Q. So you communicated that you were
22 with the judge inside Mr. Gibson's home?
23     A. No. We weren't in the home.
24     Q. So you were still in the front

Page 61

1  yard --
2      A. Uh-huh.
3      Q. -- at that time?
4         So you communicated that you were
5  with the judge --
6      A. Out at a residence with the judge.
7  And I asked if there was a unit that could
8  come and back me up.
9      Q. And in either of the prior two
10 times that you visited the home with Judge
11 Shuck, was there any other backup that was
12 involved or any other law enforcement
13 officers that arrived at those incidents?
14     A. No.
15     Q. I may have asked you that.
16        Do you have any recollection about
17 what Officer White did inside Mr. Gibson's
18 house?
19     A. As far as I remember, they just
20 came down and talked, made sure everything
21 was okay and left.
22     Q. Do you have any idea how long they
23 were inside the house?
24     A. I don't. It was very brief.