# EXHIBIT - F

Page 5

1 the Plaintiff, Matthew Gibson.
2     MR. SCHMALZER:  Bradley Schmalzer and
3 Julianne Wisman on behalf the Supreme Court of
4 Appeals of West Virginia.
5     (The witness was sworn.)
6     B R I A N   W H I T E
7 was called as a witness by the Plaintiff, pursuant
8 to notice, and having been first duly sworn,
9 testified as follows:
10     EXAMINATION
11 BY MR. BRYAN:
12   Q.  Please state your name.
13   A.  Brian White.
14   Q.  And what do you do for a living?
15   A.  I work with the Raleigh County Sheriff's
16 Office.
17   Q.  And you work as a sworn law enforcement
18 officer?
19   A.  I do.
20   Q.  And how long have you worked there?
21   A.  Since 2012.
22   Q.  Have you ever worked as a bailiff?
23   A.  When I was first hired, before I went to
24 the academy, we usually, like, do rotations through

Page 6

1 about everything and I was over there for a little
2 while through training.
3   Q.  Do you recall whether you ever worked as a
4 bailiff for Judge Goldston?
5   A.  I did.
6   Q.  When you worked as a bailiff for Judge
7 Goldston, did you ever travel with her from the
8 courtroom to the home of a litigant?
9   A.  No.
10   Q.  Okay.  So you never did one of these home
11 views or home searches with her?
12   A.  No.  Like I said, I was -- it was before I
13 went to the academy and I was just kind of a watch
14 and learn what's going on.  I was actually probably
15 bailiffed for every judge in there through that
16 rotation.
17   Q.  Do you recall the incident on March 4th,
18 2020, where Judge Goldston traveled to the home of
19 the Plaintiff, Matthew Gibson?
20   A.  I remember being dispatched there.  I
21 remember my involvement with it as far as, you
22 know, me being dispatched and me showing up, I
23 mean, vaguely.  I don't remember everything.
24   Q.  All right.  Well, I just want to ask you

Page 7

1 about what you remember about that day.  Okay?
2   A.  Okay.
3   Q.  What's -- do you remember why you were
4 dispatched or what you were told?
5   A.  That a deputy needed backup.  There was a
6 situation going on.  They were getting tense or
7 afraid there was going to be a disturbance or a
8 fight, basically, was my take on it.
9   Q.  And when you arrived, were you with any
10 other law enforcement officers?
11   A.  When I arrived, I arrived by myself.  If
12 you're asking were there other officers there when
13 I got there, there were, but I mean, I can tell you
14 the story or wait till you ask me.
15   Q.  Tell me -- tell me what you saw when you
16 arrived on the scene.
17   A.  Okay.  To the best I can remember, when I
18 got there, I didn't see nobody outside as far as
19 Bobby or McPeake or the judge or nothing like that,
20 so I went on in the house and then I heard people
21 downstairs.  There was some steps that went down,
22 so I went down into the bottom where I heard
23 voices.
24   Q.  So Deputy Stump was already at the house?

Page 8

1   A.  Far as I can recall.
2   Q.  All right.  So you didn't -- when you
3 arrived, you didn't see anybody outside the house
4 at that point?
5   A.  I didn't.  I was -- when I arrived, I was
6 looking for the other deputies since there was
7 supposed to be a possible disturbance.  Not seeing
8 them, I went on in the house.
9   Q.  And when you went in the house, you still
10 didn't see anybody.
11   A.  No.  I heard voices and just followed the
12 voices.
13   Q.  So you heard voices downstairs in the house
14 --
15   A.  Right.
16   Q.  -- and you followed those voices.
17   A.  Went downstairs.
18   Q.  All right.  After you went downstairs in
19 Mr. Gibson's house, what did you observe there?
20   A.  There was a lot of people.  It was like a
21 living room or something like that.  There was lots
22 of people standing in there.  I mean, I didn't go
23 in and announce myself, "I'm here," or nothing like
24 that.  I mean, I just kind of stepped in.

