# EXHIBIT - G

Page 45

1 minutes.
2   And then, by that time, I think Corporal
3 White arrived on scene, and I told him, "Hey, make
4 sure nobody comes back in here. I don't want
5 anybody on the property."
6   I went back inside and stood beside the
7 judge and I think - best I remember - there was a
8 safe or something that there was some property in,
9 and Mr. Gibson went with Officer McPeake and got
10 some property out of the safe and they divided that
11 property as well.
12   And they just divided the property and then
13 we left. I left after the judge left. And
14 Mr. Gibson had a bunch of questions for me and was
15 asking me some questions but, I mean, I don't
16 remember what they were.
17   Q. Okay. After you arrived in the house and
18 you took -- took over for McPeake, you were present
19 while additional items of personal property were
20 located inside Mr. Gibson's house?
21   A. Correct.
22   Q. Some of which were then removed from
23 Mr. Gibson's house.
24   A. Yes, sir. Like the box of DVDs. They held

Page 46

1 a box of DVDs up and he'd pick one, then she'd pick
2 one. He'd pick one, and she'd pick one. So they
3 just separated the property that was in the court
4 order.
5   Q. And you were on duty and in uniform at this
6 time?
7   A. Correct.
8   Q. You had a badge and a gun?
9   A. Correct.
10   Q. Do you know whether or not a search warrant
11 was ever issued for law enforcement to enter
12 Mr. Gibson's home against his consent?
13   A. I would -- I've never followed up on that
14 but when I have a judge there that's conducting a
15 hearing, that's my -- I would have went in anyway,
16 without a search warrant.
17   Q. I understand that. To your knowledge,
18 there was no search warrant on March 4th, 2020
19 pertaining to Mr. Gibson's house?
20   A. I didn't do a search warrant and none of
21 the people working with me that day did a search
22 warrant. But I wasn't searching.
23   Q. But you were helping to locate items?
24       MR. ROBINSON: Object to the form.

Page 47

1   A. No. No, I was not. I was there for the
2 strict safety of the judge. Mrs. Gibson and
3 Mr. Gibson were locating the items. I didn't
4 search for nothing. There wasn't -- any of the
5 deputies didn't search for anything.
6   Q. It was clear to you -- you said Mr. Gibson
7 didn't appear to be happy. It was clear to you
8 that he didn't want these people in his house,
9 wasn't it?
10   A. He never told me that.
11   Q. That's why I asked if it was clear to you,
12 because he wasn't happy. It was clear to you that
13 Mr. Gibson wasn't happy about having these people
14 in his house.
15   A. I didn't know what he wasn't happy about.
16 I didn't know if he wasn't happy because he was
17 getting divorced or he had to separate his
18 property. I had no clue why he wasn't happy. I
19 just calmed him down and told him to chill.
20   But, no, I didn't know why he wasn't happy.
21 I wasn't there for all that.
22   Q. Well, you knew that he wasn't happy that
23 you asked people to leave his property who were --
24   A. It --

Page 48

1   Q. Let me finish.
2   A. Sorry.
3   Q. You knew that he was not happy that you had
4 ordered his guests on his private property to
5 leave, right?
6   A. Correct. He was yelling and screaming at
7 the Paynes, telling them to get off his property -
8 which they weren't on his property - and then his
9 jail buddies were there, and his girlfriend were
10 there, and he was not happy when I told them that
11 they had to leave.
12   But I told him I was also going to make the
13 Payne family leave. It was just not his party that
14 was leaving. Everyone was leaving the property for
15 the judge's safety.
16   Q. So on March 4th, 2020, as a law enforcement
17 officer, you were telling Mr. Gibson, the property
18 owner, that his guests have to leave the property,
19 regardless of whether he wants them to stay or not?
20   A. On March 4th, 2020, I was securing the
21 scene so my judge would be safe.
22   Q. The scene of a Family Court hearing.
23   A. Correct.
24   Q. It wasn't a crime scene, right?

