# EXHIBIT B

# In the Matter of:

# MATTHEW GIBSON

## vs

# LOUISE E. GOLDSTON

# MATTHEW GIBSON

*February 23, 2022*

Page 102

1 are still sitting outside, correct?
2    A. Yes, sir.
3        MR. BRYAN: Kevin, can I take a
4 bathroom break? I'm sorry.
5        (Break in proceedings.)
6 BY MR. ROBINSON:
7    Q. When you got to this hearing, you
8 admitted you failed to follow through on
9 court-ordered counseling for one of your
10 children, correct?
11   A. Say that again.
12   Q. When you got to the hearing on
13 March 4th, you admitted during this hearing
14 that you failed to follow through on court-
15 ordered counseling for one of your children?
16   A. No. March 4th was the contempt
17 only.
18   Q. But that wasn't brought up at any
19 time?
20   A. I think -- they were contesting.
21 But at that time the counselor had already
22 released her.
23   Q. Okay. So if the transcripts say
24 you failed to follow through on that, that

Page 103

1 would be incorrect?
2    A. I can't recall. I do know that at
3 that time part of my evidence was she had
4 already been released.
5    Q. All right. So at no time during
6 this hearing, this March 4th, 2020 hearing
7 did you say to the court, hey, I have already
8 turned over all of this stuff, I don't know
9 what you all are talking about?
10   A. You know, in words, I -- I believe
11 I tried to tell Judge Goldston. And she
12 said, what does the order say? And I was
13 just trying to explain to her that the photos
14 were ordered to be copied, which I did. And
15 I never could -- I mean, I never could
16 present my defense or evidence. I mean, I
17 tried.
18   Q. I believe I saw where the court
19 went off record at 10:34 a.m. I guess that's
20 when you all went to your house. After the
21 court went off record at 10:34 a.m., what did
22 you do?
23   A. I ran to the interview room, and I
24 told Doug Black, Sharon Masual and Tommy, I

Page 104

1 said, hey, I think they are coming to my
2 house, we need to get back to my house.
3    Q. What did they say?
4    A. What? You are kidding me. I am
5 like, no.
6    Q. That's it? You all got --
7    A. Got and go. She give me 10 minutes
8 to get there. And that's about how far it
9 is.
10   Q. So you drove to -- from the
11 courthouse to your house in your vehicle.
12 And was Sharon Masual with you?
13   A. Yes, sir.
14   Q. And I guess Doug Black and Tommy
15 Carter went in separate vehicles?
16   A. Yes, sir.
17   Q. And did it take you ten minutes to
18 get to your house?
19   A. I can't recall.
20   Q. Do you recall what you and your
21 wife were talking about as you were driving
22 to your house?
23   A. My girlfriend?
24   Q. Oh, yeah, your girlfriend.

Page 105

1    A. Oh, man. Probably what should I
2 do, how this is going to go, what. How do I
3 -- how do I stop, you know, them from coming
4 on my property? Just random thoughts.
5    Q. So you were thinking how to stop
6 them from coming onto your property during
7 that drive -- strike that.
8        You are driving, correct?
9    A. Yes, sir.
10   Q. How long were you in the interview
11 room before you went down to your house --
12 went down to your car to drive to your house?
13   A. Less than a minute for sure.
14   Q. All right. So you drive to your
15 home at 113 Quiet Oak Street. How long are
16 you there before any other witnesses arrive
17 at the house?
18   A. As soon as we got out of the
19 driveway. I mean, we basically almost had
20 the audio and video going.
21   Q. Okay.
22   A. So real close. I don't know, maybe
23 a minute.
24   Q. From looking at the video, it

Page 106
1  seemed like you were reading from something
2  on your phone, correct?
3      A. Uh-huh.
4      Q. Okay. Where did you get that
5  information from?
6      A. Talking to Sharon -- she is a real
7  smart lady. But we were kind of discussing
8  how I was going to get her to recuse herself.
9  I learned that that is wrong. It is called
10 disqualify.
11     Q. Where did you learn that?
12     A. You know, throughout the process, I
13 learned that it is not a motion -- Judge
14 Goldston actually told me it is not a motion
15 to recuse, it is a motion to disqualify.
16 And, you know, I just learned that. I mean,
17 I --
18     Q. You learned that all in the
19 10 minutes it took you to drive from the
20 courthouse to your home?
21     A. Sure.
22     Q. Did you look it up, or did your
23 girlfriend look it up?
24     A. I mean, I can't. I am driving.

Page 107
1      Q. So your girlfriend looked it up?
2      A. I am assuming.
3      Q. Okay. It wasn't her phone -- did
4  she just look it up on your phone?
5      A. I can't recall how -- how it all
6  came together. At this 10-minute ride, it is
7  -- my mind is spinning.
8      Q. Were you reading off of your phone?
9      A. I was. Because we were trying to
10 get words together. And she actually helped
11 -- got my phone and did a voice text.
12     Q. Who did a voice text, your
13 girlfriend?
14     A. My girlfriend.
15     Q. Okay. Did you get to your home
16 before Doug Black and Tommy Carter?
17     A. I think they got there before I
18 did. Because I -- yeah, I am parked behind
19 one of them. So maybe behind Doug.
20     Q. Why did they go to your house
21 instead of going home?
22     A. Because I told them to.
23     Q. Oh, you told them to go to your
24 house?

Page 108
1      A. They are my witnesses.
2      Q. So you thought the hearing was
3  continuing too then, correct?
4      A. No. I knew it wasn't proper. I
5  mean, that's why I asked her to recuse
6  herself. I knew that I had never heard of a
7  judge searching a house, ever.
8      Q. You get there.
9         MR. ROBINSON: You know what, can
10 we fire that up again if there is no
11 objection from counsel?
12        MS. TULLY: Sure.
13     Q. Before we start the video -- you
14 are standing -- let the record reflect on the
15 video, the plaintiff is standing there in it
16 looks like a blue button-down shirt?
17     A. That's me.
18     Q. And khakis?
19     A. That's me.
20     Q. And had sunglasses on. You have
21 something in -- is that your left hand?
22     A. That's my phone, sir.
23     Q. That's your phone. And there is a
24 vehicle right in front of you, looked like a

Page 109
1  pickup truck. Whose vehicle was that?
2      A. It's either Tommy or Doug's.
3      Q. And there is a --
4      A. That's a Yukon Denali.
5      Q. -- Yukon Denali behind it. Whose
6  vehicle is that?
7      A. That was my ex-wife's at the time.
8      Q. Okay. So she's already there --
9      A. Yes.
10     Q. -- at this point?
11     A. Yes, sir.
12     Q. Okay. We will go ahead and press
13 play.
14        (Video played.)
15     Q. Okay. Stop. Sorry. Go back.
16     A. Go ahead. I got you.
17     Q. Who was the guy in that royal blue?
18     A. That's Tommy Carter.
19     Q. Who was the guy that was next --
20     A. No, no. That's Doug Black. Sorry.
21     Q. That's Doug Black. Who was this
22 person right here?
23     A. That's Tommy Carter.
24     Q. This video was actually -- this