# EXHIBIT G

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE
 2        SOUTHERN DISTRICT OF WEST VIRGINIA
 3                  AT BECKLEY
 4  * * * * * * * * * * * * * * * * * * * * * * * *
 5
    MATTHEW GIBSON,
 6
            Plaintiff,
 7
    vs.                            CIVIL ACTION NO.
 8                                 5:21-cv-00181
    LOUISE E. GOLDSTON, Individually,
 9  COUNTY COMMISSION OF RALEIGH
    COUNTY, a political subdivision,
10  JEFF MCPEAKE, Individually,
    BRIAN WHITE, Individually,
11  BOBBY STUMP, Individually,
    KYLE LUSK, Individually,
12
            Defendant.
13
    * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16        Deposition of BRIAN WHITE taken by the
    Plaintiff under the Federal Rules of Civil
17  Procedure in the above-entitled action, pursuant to
    notice, before Bradford L. Cooper, a Notary Public,
18  at Pullin, Fowler, Flanagan, Brown, and Poe, PLLC,
    252 George Street, Beckley, West Virginia, on the
19  1st day of March, 2022.
20
21        REALTIME REPORTERS, a Huseby Company
        BRADFORD L. (Brad) COOPER, Notary Public
22                713 Lee Street
               Charleston, WV  25301
23                (304) 344-8463
                realtimereporters.net
24
```

Page 2

```
 1              APPEARANCES:
 2
    APPEARING FOR THE PLAINTIFF:
 3
          John H. Bryan, Esquire
 4        JOHN H. BRYAN, ATTORNEYS AT LAW
          411 Main Street
 5        P.O. Box 366
          Union, West Virginia 24983
 6        jhb@johnbryanlaw.com
 7
    APPEARING FOR THE DEFENDANTS STUMP, MCPEAKE, AND
 8  WHITE:
 9        Kevin J. Robinson, Esquire
          PULLIN, FOWLER, FLANAGAN, BROWN,
10         AND POE, PLLC
          252 George Street
11        Beckley, West Virginia 25801
12
    APPEARING FOR THE DEFENDANT, LOUISE E. GOLDSTON:
13
          Jennifer E. Tully, Esquire
14        BAILEY & WYANT, PLLC
          500 Virginia Street East, Suite 600
15        P.O. Box 3710
          Charleston, West Virginia 25337-3710
16
17  APPEARING FOR THE SUPREME COURT OF APPEALS OF WEST
    VIRGINIA:
18
          Bradley Schmalzer, Esquire (via telephone)
19        Julianne Wisman, Esquire (via telephone)
20
    ALSO PRESENT:
21
          Matthew Gibson, Plaintiff
22        J.R. Morgan
23
24
```

Page 3

```
 1            EXAMINATION INDEX
 2
      BY MR. BRYAN                           5
```

Page 4

```
 1          P R O C E E D I N G S
 2          COURT REPORTER:  This is the
 3  deposition of Brian White in the matter of Matthew
 4  Gibson versus Louise E. Goldston, et al., taking
 5  place at the offices of Pullin, Fowler, Flanagan,
 6  Brown, and Poe in Beckley, West Virginia on this
 7  1st day of March, 2022.  The time is 2:00 p.m.  We
 8  are now on the record.
 9          This case is venued in the United
10  States District Court for the Southern District of
11  West Virginia at Beckley, being Civil Action No.
12  5:21-cv-00181.
13          My name is Brad Cooper on behalf of
14  Realtime Reporters, located at 713 Lee Street in
15  Charleston, West Virginia.  I am your court
16  reporter and a Notary Public.
17          At this time, would counsel please
18  state their appearances and whom they represent and
19  then I'll swear in the witness.
20          MR. ROBINSON:  Kevin Robinson on
21  behalf of Defendants White, Stump, and McPeake.
22          MS. TULLY:  Jennifer Tully on behalf
23  of Defendant Judge Louise Goldston.
24          MR. BRYAN:  John Bryan on behalf of
```



Page 9

1   A lot of people were in there talking and I
2 just kind of stood back, and I don't know who I
3 talked to, whether it was Bobby or McPeake. I'm
4 not sure.
5    I probably was like, "What's going on?" You
6 know, or, "Who's fighting?"
7    Just trying to get an idea of what was going
8 on.
9    Q.  You didn't observe anybody fighting or
10 anything like that?
11    A.  No.
12    Q.  What were the people doing?
13    A.  They were just talking downstairs. There
14 wasn't nobody, like, swinging punches.
15    Q.  Did you ask McPeake why he called for
16 backup?
17    A.  No, I didn't. Not that I can recall. I
18 mean, they called for backup and they hollered at
19 us and tell us that they think they need backup, we
20 go.
21    Q.  Did you recognize Judge Goldston?
22    A.  Yeah.
23    Q.  Did you -- were you wondering what she was
24 doing inside Mr. Gibson's home?

Page 10

1    A.  No. I didn't wonder. I mean, that wasn't
2 -- wasn't my place. Like I said, I did some
3 bailiff before the academy but I've worked -- I've
4 been a road patrol deputy for all the time I been
5 there.
6      So as far as why they were there, I didn't
7 have no idea.
8    Q.  At some point, did it become apparent to
9 you that the judge was holding a Family Court
10 proceeding inside Mr. Gibson's house?
11    A.  I didn't know if it was a court proceeding.
12 I mean, I understood there were people in there
13 were trying to figure out whose property was whose
14 property. I mean, so, you see a judge there, a
15 bailiff there, and then there's parties and they're
16 talking about property, then I figured it was some
17 sort of -- something to do with the Court.
18    Q.  Did the judge ever talk to you?
19    A.  Not that I can remember.
20    Q.  Okay.  So what did you do next?
21    A.  I remember being there, and the next thing
22 I can remember is going upstairs to the kitchen
23 with a guy, and we was in the kitchen for a while
24 and, shortly after that, Bobby told me,

Page 11

1 "Everything's good here. I got it."
2    So I left and went to another call that was
3 holding.
4    Q.  When you say you went upstairs in the
5 kitchen with a guy, do you have any idea who the
6 guy was?
7    A.  I guess it was the -- I guess it was
8 Mr. Gibson.
9    Q.  Okay.  Well, this is Mr. Gibson sitting
10 next to me.
11    A.  Yeah. I don't -- I don't recognize him.
12 Yeah. If he and his wife -- if I passed them on
13 the street, I wouldn't even know what they looked
14 like.
15    Q.  Okay. You were aware of the fact that you
16 weren't at the Family Court.
17    A.  Was I aware I wasn't at Family Court?
18    Q.  Yeah.
19    A.  Obviously.
20    Q.  Yes. You were at somebody's house.
21    A.  Right.
22    Q.  Somebody's residence.
23    A.  I was.
24    Q.  Did it not seem unusual to you that you --

Page 12

1 you're observing what appears to be a Family Court
2 proceeding inside somebody's private residence?
3    A.  It wasn't unusual to me. As far as I was
4 aware, that -- I mean, that's something that they
5 do. I mean, I didn't know.
6    Q.  Had you heard that, that that's something
7 that happened in Raleigh County Family Court?
8    A.  I haven't. No.
9    Q.  Have you ever had any Family Court
10 experience yourself, as a litigant?
11    A.  No.
12    Q.  Have you ever been in Family Court before,
13 other than as a bailiff?
14    A.  No.
15    Q.  So how long do you think you were in the
16 house total?
17    A.  I don't know. Five, ten minutes. That's
18 the best that I can remember anyway.
19    Q.  And then McPeake told you that we don't
20 need you here?
21    A.  No. It wasn't McPeake. It was Sergeant
22 Stump. Bobby.
23    Q.  So --
24    A.  He -- I guess Mr. Gibson went upstairs. We

