# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MATTHEW GIBSON,

      Plaintiff,

vs.                                      Civil Action No. 5:21-cv-00181
                                           Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

      Defendant.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
## AGAINST DEFENDANT LOUISE E. GOLDSTON

Plaintiff, by counsel, John H. Bryan, pursuant to FED. R. CIV. P. 56, respectfully moves the Court for summary judgment. As more fully set out in plaintiff's memorandum in support, filed contemporaneously herewith and incorporated herein, the pleadings, depositions, sworn testimony and other documents show that there is no genuine issue as to any material fact related to Counts One, Two, Four and Five of the plaintiff's complaint and plaintiff is entitled to judgment as a matter of law on the said counts, and for a jury trial on the issue of damages.

Accordingly, the plaintiff respectfully requests the Court to GRANT his motion and ORDER that summary judgment be entered in his favor on Counts One, Two, Four and Five of the complaint.

                                                MATTHEW GIBSON,
                                                By Counsel


/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MATTHEW GIBSON,

       Plaintiff,

vs.                                               Civil Action No. 5:21-cv-00181
                                                  Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

       Defendant.

## **CERTIFICATE OF SERVICE**

       I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT LOUISE E. GOLDSTON has been served upon counsel of record by using the CM/ECF System, this the 28th day of March, 2022 and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants* |
| *Counsel for Louise E. Goldston* | |

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com