

500 Virginia Street East, Suite 600 • P.O. Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222 • F: (304) 343-3133
www.baileywyant.com

Adam K. Strider, Esq.
Email: astrider@baileywyant.com
Direct Dial: (304) 720-0734

Monday, March 28, 2022

FILED
MAR 29 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Clerk
United States District Court for the Southern
District of West Virginia at Beckley
110 North Heber St., Room 119
Beckley, WV 25801

Re:   **Gibson v. Goldston, et al.**
**United States District Court for the Southern District of West Virginia**
**Civil Action No. 5:21-cv-00181**
**Our File No. 1700-1565**

Dear District Clerk:

Enclosed please find a thumb drive labeled as Exhibits D and E to be placed in the appropriate Court file with regards to the above referenced matter. The enclosed thumb drive is Exhibits D and E to ECF Document No. 65 titled **Defendant Louise E. Goldston's Motion For Summary Judgment**.

If you have any questions, please feel free to call.

Very truly yours,

Adam K. Strider

AKS/rb
Enclosure

cc:   Arie M. Spritz / Kevin A. Nelson / Jason L. Holliday
J. Victor Flanigan / Kevin J. Robinson
John H. Bryan

