**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**


MATTHEW GIBSON,

      Plaintiff,

v.
                                            CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON, individually;
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision; JEFF
MCPEAKE, individually; BRIAN WHITE,
individually; BOBBY STUMP, individually;
and KYLE LUSK, individually,

      Defendants.


## ORDER

      Pending are Defendants' Motions to Dismiss [Docs. 9, 11, 13], filed April 19, 2021. Since then, discovery was conducted, and the Defendants now have refined their arguments in their Motions for Summary Judgment. Therefore, the Court **DENIES WITHOUT PREJUDICE** the Motions to Dismiss. The Court will enter an expedited order on the Motions for Summary Judgment once the briefing period has closed.

      The Clerk is directed to send a copy of this written opinion and order to counsel of record and to any unrepresented party.

                         ENTER:  March 29, 2022



Frank W. Volk
United States District Judge