# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MATTHEW GIBSON,

      Plaintiff,

vs.                                      Civil Action No. 5:21-cv-00181
                                         Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

      Defendant.

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT
## LOUISE E. GOLDSTON'S MOTION FOR SUMMARY JUDGMENT

For the same reasons cited in his Memorandum in Support of His Motion for Summary Judgment Against Defendant Louise E. Goldston, Plaintiff opposes Defendant Goldston's motion for summary judgment, and hereby incorporates by reference the arguments and exhibits asserted therein in support of his response.

WHEREFORE, Plaintiff respectfully requests summary judgment be granted in his favor, and that Defendant Goldston's motion for summary judgment be denied, and for such other and further relief as this Court deems just and fit.

                                                                  MATTHEW GIBSON,
                                                                   By Counsel

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                                    Civil Action No. 5:21-cv-00181
                                                    Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

    Defendant.

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LOUISE E. GOLDSTON'S MOTION FOR SUMMARY JUDGMENT has been served upon counsel of record by using the CM/ECF System, this the 4th day of April, 2022 and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants* |
| *Counsel for Louise E. Goldston* | |

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com