IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

      **Plaintiff,**

v.                              **CIVIL ACTION NO.: 5:21-cv-00181**
                                **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 1st day of June, 2022, that a true copy of the foregoing "**DISCLOSURES UNDER RULE 26(a)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE ON BEHALF OF THE DEFENDANTS JEFF MCPEAKE, BRIAN WHITE, BOBBY STUMP AND THE RALEIGH COUNTY COMMISSION** " was served upon opposing counsel through the Court's CM/ECF filing System and e-mail as follows:

> John H. Bryan, Esquire
> Law Office of John H. Bryan
> 611 Main St.
> P.O. Box 366
> Union, WV 24983
> jhb@johnbryanlaw.com
> *Counsel for Plaintiff*

Doc. No. 536                                5

Jennifer E. Tully, Esquire
Adam K. Strider, Esquire
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P. O. Box 3710
Charleston, WV 25337-3710
jtully@baileywvant.com
astrider@baileywvant.com
*Counsel for Defendant Louise E. Goldston*

        /s/ Kevin J. Robinson
        J. Victor Flanagan, WV State Bar No. 5254
        Kevin J. Robinson, WV State Bar No. 10181

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
252 George Street
Beckley, WV 25801
Telephone:   (304) 254-9300
Facsimile:   (304) 255-5519

Doc. No. 536      6