IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

  Plaintiff,

v.                                                                                       Civil Action No. 5:21-cv-00181
                                                                                     Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

  Defendants.

**JOINDER OF LOUISE E. GOLDSTON, TO DEFENDANTS RALEIGH COUNTY
COMMISSION'S, JEFF MCPEAKE'S, BRAIN WHITE'S, AND BOBBY STUMP'S
<u>MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY</u>**

      NOW COMES Defendant, Louise E. Goldston., by counsel, Jennifer E. Tully, Adam K. Strider, and the law firm of Bailey & Wyant, PLLC, and joins in the *Defendants Raleigh County Commission's, Jeff McPeake's, Brian White's, and Bobby Stump's Motion in Limine to Exclude Lay Opinion Testimony* and hereby incorporates by reference the arguments set forth in said pleading pursuant to Rule l0(c) of the Federal Rules of Civil Procedure.

      **WHEREFORE,** this Defendants request that the Court grant Defendants *Motion in Limine* to exclude lay opinion testimony.

                                                                   **Louise E. Goldston,
                                                                   By Counsel,**

 /s/ Jennifer E. Tully
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

  **Plaintiff,**

**v.**                                           **Civil Action No. 5:21-cv-00181**
                                                                            **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**

  **Defendants.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing " **JOINDER OF LOUISE E. GOLDSTON, TO DEFENDANTS RALEIGH COUNTY COMMISSION'S, JEFF MCPEAKE'S, BRAIN WHITE'S, AND BOBBY STUMP'S MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, June 6, 2022:

J Arie M. Spitz
Kevin A. Nelson
Jason L. Holliday
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV  25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Bobby Stump, Brian White, Jeff McPeake*

John H. Bryan<br>
Law Office of John H. Bryan<br>
PO Box 366<br>
Union, WV 24983<br>
*Attorney For: Matthew Gibson*

  **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**