IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

  Plaintiff,

v.                                         Civil Action No. 5:21-cv-00181
                                                 Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

  Defendants.

## JOINDER OF LOUISE E. GOLDSTON, TO DEFENDANTS RALEIGH COUNTY COMMISSION'S, JEFF MCPEAKE'S, BRAIN WHITE'S, AND BOBBY STUMP'S OMNIBUS MOTION IN LIMINE

NOW COMES Defendant, Louise E. Goldston., by counsel, Jennifer E. Tully, Adam K. Strider, and the law firm of Bailey & Wyant, PLLC, and joins in the *Defendants Raleigh County Commission's, Jeff McPeake's, Brian White's, and Bobby Stump's Omnibus Motion in Limine* and hereby incorporates by reference the arguments set forth in said pleading pursuant to Rule l0(c) of the Federal Rules of Civil Procedure.

**WHEREFORE,** this Defendants request that the Court grant Defendants *Omnibus Motion in Limine*.

                                                                    **Louise E. Goldston,
By Counsel,**

 **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MATTHEW GIBSON,**

   **Plaintiff,**

v.                                                           Civil Action No. 5:21-cv-00181
                                                                 Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**

   **Defendants.**

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of foregoing **"JOINDER OF LOUISE E. GOLDSTON, TO DEFENDA   NTS RALEIGH COUNTY COMMISSION'S, JEFF MCPEAKE'S, BRAIN WHITE'S, AND BOBBY STUMP'S OMNIBUS MOTION IN LIMINE"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, June 6, 2022:

J Arie M. Spitz
Kevin A. Nelson
Jason L. Holliday
Dinsmore & Shohl, LLP
P.O. Box 11887
707 Virginia Street East, Suite 1300
Charleston, WV  25339-1887
*Attorney For: Kyle Lusk*

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Bobby Stump, Brian White, Jeff McPeake*
John H. Bryan

Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Matthew Gibson*

  /s/ Jennifer E. Tully
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**