IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                                   Civil Action No. 5:21-cv-00181
                                                     Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

    Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT LOUISE E. GOLDSTON'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF TERESA TARR AND BRIAN LANHAM**

      COMES NOW Plaintiff, Matthew Gibson, by and through counsel, John H. Bryan, and for his response to DEFENDANT LOUISE E. GOLDSTON'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF TERESA TARR AND BRIAN LANHAM, states the following:

      1.      That, Plaintiff, at this time does not intend to call either Teresa Tarr, or Brian Lanham as witnesses in the trial of this matter.  These witnesses are listed on Plaintiff's "may call" list. It may however, become necessary to call one, or both of them as rebuttal witnesses depending upon how trial testimony develops, and Plaintiff reserves the right to do so, if Defendant gives cause for such. Therefore, Defendant Goldston's motion to preclude their testimony would be more timely addressed at that point.

1

                                  MATTHEW GIBSON,
                                  By Counsel

 /s/ John H. Bryan_____
John H. Bryan, State Bar ID # 10259
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

MATTHEW GIBSON,

    Plaintiff,

vs.                                                                               Civil Action No. 5:21-cv-00181
                                                                              Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

    Defendant.

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT LOUISE E. GO;DSTON'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF TERESA TARR AND BRIAN LANHAM, has been served upon counsel of record by using the CM/ECF System, this the 13th day of June, 2022, and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants* |
| *Counsel for Louise E. Goldston* | |

/s/ John H. Bryan  
John H. Bryan (WV Bar No. 10259)  
JOHN H. BRYAN, ATTORNEY AT LAW  
411 Main Street  
P.O. Box 366  
Union, WV 24983  
(304) 772-4999  
Fax: (304) 772-4998  
jhb@johnbryanlaw.com

4