IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

       Plaintiff,

vs.

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

       Defendant.

Civil Action No. 5:21-cv-00181
Honorable Frank W. Volk

### PLAINTIFF'S RESPONSE TO DEFENDANT LOUISE E. GOLDSTON'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF UNDISCLOSED EVIDENCE OF DAMAGES

NOW COMES Plaintiff, Matthew Gibson, by and through counsel, John H. Bryan, and for his response to DEFENDANT LOUISE E. GOLDSTON'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF UNDISCLOSED EVIDENCE OF DAMAGES states the following:

    1.    That, Plaintiff does not object to entry of an order precluding the introduction of undisclosed evidence of damages as requested in Defendant Louise E. Goldston's Motion In Limine, to the extent the subject evidence was subject to disclosure and/or requested for disclosure. Plaintiff has no intention of introducing exhibits at trial which have not already been disclosed during the course of discovery and pretrial litigation. Plaintiff would oppose any limitation on Plaintiff's ability to

1

articulate the extent of his emotional damages during his testimony at trial, or otherwise restrict his ability to respond to questions, so long as otherwise admissible under the Federal Rules of Evidence.

MATTHEW GIBSON,
By Counsel

_/s/ John H. Bryan_____
John H. Bryan, State Bar ID # 10259
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MATTHEW GIBSON,

      Plaintiff,

vs.                                                  Civil Action No. 5:21-cv-00181
                                                            Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

      Defendant.

## CERTIFICATE OF SERVICE

      I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT LOUISE E. GO;DSTON'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF UNDISCLOSED EVIDENCE OF DAMAGES, has been served upon counsel of record by using the CM/ECF System, this the 13th day of June, 2022, and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants* |
| *Counsel for Louise E. Goldston* | |

3

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

4