# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                                    Civil Action No. 5:21-cv-00181
                                                    Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT RALEIGH COUNTY COMMISSION'S MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY

NOW COMES Plaintiff, Matthew Gibson, by and through counsel, John H. Bryan, and for his response to PLAINTIFF'S RESPONSE TO DEFENDANT RALEIGH COUNTY COMMISSION'S MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY, states the following:

1.    That, Plaintiff does not object to entry of an order precluding the introduction of inappropriate lay opinion testimony, from any witness for either party, including the defendant police officers.

                                                                   MATTHEW GIBSON,
                                                                   By Counsel

/s/ John H. Bryan  
John H. Bryan, State Bar ID # 10259  
JOHN H. BRYAN, ATTORNEY AT LAW  
411 Main Street  
P.O. Box 366  
Union, WV 24983  
jhb@johnbryanlaw.com  
(304) 772-4999  
Fax: (304) 772-4998  
*For Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                                               Civil Action No. 5:21-cv-00181
                                                                 Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,

    Defendant.

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT RALEIGH COUNTY COMMISSION'S MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY, has been served upon counsel of record by using the CM/ECF System, this the 13th day of June, 2022, and addressed as follows:

Jennifer E. Tully, Esq.                        J. Victor Flanagan, Esq.
Adam K. Strider, Esq.                          Kevin J. Robinson, Esq.
Bailey & Wyant, PLLC                         Pullin Fowler Flanagan, Brown & Poe, PLLC
500 Virginia Street, East, Suite 600    252 George Street
PO Box 3710                                      Beckley, WV 25801
Charleston, WV 25337-3710             *Counsel for Raleigh County Defendants*
*Counsel for Louise E. Goldston*

3

/s/ John H. Bryan_____
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com