# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

Date:  7/1/2022        Case Number  5:21-cv-00181

| | |
|---|---|
| Case Style | Gibson vs. Goldston |
| Type of hearing | Pretrial Conference |

Before the Honorable: 2517-Volk

Court Reporter        Lisa Cook                    Courtroom Deputy  Sydney Whittington

Attorney(s) for the Plaintiff or Government

John Bryan

Attorney(s) for the Defendant(s)

Adam Strider, Jennifer Tulley, Kevin Robinson

Law Clerk        Amanda D.

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:47 AM | 11:57 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:10

## Courtroom Notes

Scheduled Start 11:30 a.m.
Actual Start 11:47 a.m.

Parties present for a pretrial conference.
Counsel note their appearances on the record.
Motions in Limines; consultation and stipulation as a requirement by the scheduling order.
Forthcoming summary judgment rulings; counsel to take into account stipulation required by scheduling order.
Mr. Strider addresses the Court; notice of non-party fault.
Jennifer Tulley and Kevin Robinson address the Court.
Court will likely issue a written opinion on non-party fault.
Counsel inquires of mediation - Court suggests referral to Magistrate Judge Aboulhosn; parties to initiate that contact.
Court recessed at 11:57 a.m.