# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

v.                                CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON, *individually*,
COUNTY COMMISSION OF RALEIGH
COUNTY, *a political subdivision*,
JEFF MCPEAKE, *individually*,
BRIAN WHITE, *individually*,
BOBBY STUMP, *individually*, and
KYLE LUSK, *individually*,

    Defendants.

## **ORDER**

For reasons appearing to the Court, the final settlement conference, previously scheduled for July 15, 2022, is **RESCHEDULED to July 14, 2022, at 10:30 a.m. in Beckley**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTERED: July 6, 2022

Frank W. Volk
United States District Judge