# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT BECKLEY

**MATTHEW GIBSON,**

      **Plaintiff,**

v.                                        **CIVIL ACTION NO.: 5:21-cv-00181**
                                         **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

      **Defendants.**

## MOTION FOR DISCLOSURE OF JURY QUESTIONNAIRES

NOW COMES J. Victor Flanagan, Kevin J. Robinson, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC., as counsel for Defendants, Raleigh County Commission, Jeff McPeake, Brian White and Bobby Stump, and herby move this Court to direct the disclosure of the jury questionnaires to counsel for the Defendants. In support of their Motion, Defendants respectfully submit that the disclosure of the jury questionnaires is necessary in order to prepare for trial.

                                                  **COUNTY COMMISSION OF RALEIGH COUNTY, JEFF McPEAKE, BRIAN WHITE AND BOBBY STUMP**

                                                  **By Counsel,**

                                                  /s/ Kevin J. Robinson
                                                  J. Victor Flanagan, WV State Bar No. 5254
                                                  Kevin J. Robinson, WV State Bar No. 10181

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
252 George Street
Beckley, WV  25801
Telephone:  (304) 254-9300
Facsimile:   (304) 255-5519
vflanagan@pffwv.com
krobinson@pffwv.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO.: 5:21-cv-00181**
                                                    **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 7th day of July, 2022, that a true copy of the foregoing "**MOTION FOR DISCLOSURE OF JURY QUESTIONNAIRES**" was served upon opposing counsel through the Court's CM/ECF filing System as follows:

> John H. Bryan, Esquire
> Law Office of John H. Bryan
> 611 Main St.
> P.O. Box 366
> Union, WV 24983
> jhb@johnbryanlaw.com
> *Counsel for Plaintiff*

3

Jennifer E. Tully, Esquire  
Adam K. Strider, Esquire  
Bailey & Wyant, PLLC  
P. O. Box 3710  
Charleston, WV 25337-3710  
jtully@baileywvant.com  
astrider@baileywvant.com  
*Counsel for Defendant Louise E. Goldston*

/s/ Kevin J. Robinson

J. Victor Flanagan, WV State Bar No. 5254  
Kevin J. Robinson, WV State Bar No. 10181