**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                                         **CIVIL ACTION NO.: 5:21-cv-00181
HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,
COUNTY COMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,
KYLE LUSK, individually,**

    **Defendants.**

**DEFENDANTS RALEIGH COUNTY COMMISSION, JEFF MCPEAKE, BRIAN WHITE AND BOBBY STUMP'S CERTIFICATION OF NOTIFICATION OF COURT'S TECHNOLOGY STAFF**

Now comes J. Victor Flanagan, Kevin J. Robinson, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC., as counsel for Defendants, and certifies, in accordance with Rule 7.1(a)(10) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of West Virginia that the Court's technology staff was notified on July 7, 2022, that courtroom technology would be needed during the trial in the above captioned case, currently scheduled to commence on July 19, 2022.  This notification occurred July 7, 2022, during a telephone conversation between Defense Counsel and Chris Glaska, Court Technology Officer.

        **COUNTY COMMISSION OF RALEIGH COUNTY, JEFF McPEAKE, BRIAN WHITE AND BOBBY STUMP**

        **By Counsel,**

        /s/ Kevin J. Robinson
        J. Victor Flanagan, WV State Bar No. 5254
        Kevin J. Robinson, WV State Bar No. 10181

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
252 George Street
Beckley, WV 25801
Telephone: (304) 254-9300
Facsimile: (304) 255-5519
vflanagan@pffwv.com
krobinson@pffwv.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MATTHEW GIBSON,**

    **Plaintiff,**

v.                                               **CIVIL ACTION NO.: 5:21-cv-00181**
                                                  **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

    The undersigned, counsel of record for Defendants, does hereby certify on this 7th day of July, 2022, that a true copy of the foregoing "**DEFENDANTS RALEIGH COUNTY COMMISSION, JEFF MCPEAKE, BRIAN WHITE AND BOBBY STUMP'S CERTIFICATION OF NOTIFICATION OF COURT'S TECHNOLOGY STAFF**" was served upon opposing counsel through the Court's CM/ECF filing System as follows:

John H. Bryan, Esquire
Law Office of John H. Bryan
611 Main St.
P.O. Box 366
Union, WV  24983
jhb@johnbryanlaw.com
*Counsel for Plaintiff*

Jennifer E. Tully, Esquire
Adam K. Strider, Esquire
Bailey & Wyant, PLLC
P. O. Box 3710
Charleston, WV 25337-3710
jtully@baileywvant.com
astrider@baileywvant.com
*Counsel for Defendant Louise E. Goldston*

/s/ Kevin J. Robinson
J. Victor Flanagan, WV State Bar No. 5254
Kevin J. Robinson, WV State Bar No. 10181