L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

**NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY**

**v.**

**NUMBER**

Comes now the _____, by counsel, and do(es) hereby certify pursuant to _____ that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology _____ action set for _____.

Anticipated Equipment Usage (select all that apply):

☐ VCR/DVD Player
☐ Document Camera
☐ Laptop
☐ Annotation System

☐ I request training/testing of anticipated equipment before the date of the use.
☐ I do not require training/testing.