IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

      Plaintiff,

vs.                                         Civil Action No. 5:21-cv-00181
                                              Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

      Defendant.

### PLAINTIFF'S CERTIFICATION OF NOTIFICATION OF COURT'S TECHNOLOGY STAFF

Now comes Plaintiff, by and through counsel, John H. Bryan, and certifies, in accordance with Rule 7.1(a)(10) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of West Virginia that the Court's technology staff was notified on July 7, 2022, that courtroom technology would be needed during the trial in the above captioned case, currently scheduled to commence on July 19, 2022. This notification occurred July 7, 2022, during a telephone conversation between Defense Counsel and Chris Glaska, Court Technology Officer, as well as court staff in Beckley. An appointment to test out the technology for use at trial has been scheduled for July 14, 2022 at 9:15 a.m.

        MATTHEW GIBSON,
        By Counsel

_/s/ John H. Bryan_____
John H. Bryan, State Bar ID # 10259
411 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998
*For Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                                   Civil Action No. 5:21-cv-00181
                                                   Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

    Defendant.

## CERTIFICATE OF SERVICE

    I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S CERTIFICATION OF NOTIFICATION OF COURT'S TECHNOLOGY STAFF, has been served upon counsel of record by using the CM/ECF System, this the 7th day of July, 2022, and addressed as follows:

Jennifer E. Tully, Esq.             J. Victor Flanagan, Esq.
Adam K. Strider, Esq.              Kevin J. Robinson, Esq.
Bailey & Wyant, PLLC             Pullin Fowler Flanagan, Brown & Poe, PLLC
500 Virginia Street, East, Suite 600   252 George Street
PO Box 3710                               Beckley, WV 25801
Charleston, WV 25337-3710       *Counsel for Raleigh County Defendants*
*Counsel for Louise E. Goldston*

3

/s/ John H. Bryan_____
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

4