**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**

                                       **Civil Action No. 5:21-cv-00181**
                                       **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

    **Defendants.**

**DEFENDANT LOUISE E. GOLDSTON'S
UNOPPOSED MOTION TO ATTEND THE FINAL SETTLEMENT
CONFERENCE BY TELEPHONE, ZOOM, OR TEAMS**

Comes now Defendant, Louise E. Goldston by and through counsel, and for her

Unopposed Motion to Appear by Telephone, Zoom, or Teams states to the Court as follows:

1.    This Court has a Final Settlement Conference scheduled on July 14, 2022 at

       10:30 a.m.

2.    Pursuant to this Court's Order, the undersigned is aware that someone with full

       settlement authority is required to attend the Final Settlement Conference.

3.    The claims representative, Sara Gifford, is employed by AIG Insurance

       Company.

4.    As a result of the COVID-19 pandemic, AIG Insurance Company has

instituted a policy prohibiting their claims representatives from attending anything in person.

5.      Defense counsel requests that Ms. Gifford be permitted to appear via telephone, zoom, or teams for the Conference.

6.      Defense counsel have consulted with Plaintiff's counsel and Defense counsel, and both have consented to Ms. Gifford attending the Conference remotely.

**LOUISE E. GOLDSTON,**
**By Counsel,**

 **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**MATTHEW GIBSON,**

   **Plaintiff,**

**v.**

                                                        **Civil Action No. 5:21-cv-00181**
                                                        **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**

   **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that a true and correct copy of foregoing " **DEFENDANT LOUISE E. GOLDSTON'S UNOPPOSED MOTION TO ATTEND THE FINAL SETTLEMENT CONFERENCE BY TELEPHONE, ZOOM, OR TEAMS**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, July 11, 2022:

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Raleigh County Commission,*
*Bobby Stump, Brian White, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

/s/ Jennifer E. Tully
**Jennifer E. Tully (WV Bar #9356)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**astrider@baileywyant.com**