IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    **Plaintiff,**

**v.**                                         **CIVIL ACTION NO.: 5:21-cv-00181**
                                              **HONORABLE FRANK W. VOLK**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMISSION OF RALEIGH**
**COUNTY, a political subdivision,**
**JEFF MCPEAKE, individually,**
**BRIAN WHITE, individually,**
**BOBBY STUMP, individually,**
**KYLE LUSK, individually,**

    **Defendants.**

## DEFENDANTS RALEIGH COUNTY COMMISSION, JEFF MCPEAKE, BRIAN WHITE AND BOBBY STUMP'S VERDICT FORM

1.    Do you find that the Plaintiff has proven, by a preponderance of the evidence, that Defendants Jeff McPeake and Bobby Stump subject Plaintiff Matthew Gibson to an unreasonable search and seizure in violation of the Fourth Amendment?

    _____           _____
     Yes                 No

2.    Do you find that the Plaintiff has proven, by a preponderance of the evidence, that Defendant, Jeff McPeake violated Plaintiff Matthew Gibson's First Amendment rights?

    _____           _____
     Yes                 No

3.  Do you find that the Plaintiff has proven, by a preponderance of the evidence, that Defendant Raleigh County Commission had a policy or custom that was the moving force leading to a violation of Plaintiff Matthew Gibson's constitutional rights?

    _____         _____
       Yes               No

4.  If you find that the Plaintiff is entitled to damages in this case, please specify the amounts, if any, of the following damages:

**Compensatory Damages:**

Medical expenses                          _____

**Total:**                                _____

**General Damages:**

Sorrow, mental anguish and solace         _____

**Total:**                                _____

5.  Do you find that the Plaintiff has proven, by a preponderance of the evidence, that he is entitled to collect punitive damages from Defendants McPeake and Stump?

    _____         _____
       Yes               No

If your answer to Question 5 is "Yes," please list an amount of punitive damages in response to Question 6. If your answer to Question 5 is "No," then skip question 6, sign the verdict form and inform the bailiff that you have completed your deliberations.

6. If your answer to Question 5 is "Yes," specify an amount of punitive damages below:

Punitive Damages  _____

_____   _____
**DATE**   **JURY FOREPERSON**