IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

vs.                                            Civil Action No. 5:21-cv-00181
                                                  Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

    Defendants.

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

Now comes the Plaintiff, Matthew Gibson, by counsel, John H. Bryan, and hereby submits for the Court's consideration the following proposed jury instructions. Plaintiff reserves the right to submit modified jury instructions to conform to the evidence presented at trial in the event it warrants modified jury instructions.

# **VERDICT FORM**

VERDICT FORM

2. We, the jury find that a Defendant, or Defendants, violated Matthew Gibson's federal constitutional rights on March 4, 2020.

_____ Yes

_____ No

If you marked "yes" to question 2, please identify which of the following Defendants violated Matthew Gibson's federal constitutional rights on March 4, 2020:

_____ Louise E. Goldston

_____ Jeff McPeake

_____ Bobby Stump

_____ Raleigh County Commission

If you answered "No" to all of the above questions, you have determined that none of the defendants have violated Matthew Gibson's federal constitutional rights. Please have the foreperson sign and date below. However, if you answered "Yes" to any of the above questions, please continue.

We find Matthew Gibson's damages to be:

$_____ (state the amount, or if you find the Plaintiff's damages have no monetary value, state the nominal amount of $1.00).

Note: You may not award punitive damages against any Defendant unless you have first found against a Defendant and awarded the Plaintiff nominal or actual damages.

We assess punitive damages as follows:

(state the amount or, if none, write the word "none").

$_____ Louise E. Goldston

$_____ Jeff McPeake

$_____ Bobby Stump


$_____ Raleigh County Commission




_____                                         _____

DATE                                                                                  JURY FOREPERSON

                    MATTHEW GIBSON,
                    By Counsel


/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MATTHEW GIBSON,

       Plaintiff,

vs.                                                    Civil Action No. 5:21-cv-00181
                                                    Honorable Frank W. Volk

LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision,
JEFF MCPEAKE, individually,
BRIAN WHITE, individually,
BOBBY STUMP, individually,

       Defendant.

## CERTIFICATE OF SERVICE

      I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing

PLAINTIFFS' PROPOSED JURY VERDICT FORM has been served upon counsel of record by

using the CM/ECF System, this the 11th day of July, 2022 and addressed as follows:

| | |
|---|---|
| Jennifer E. Tully, Esq. | J. Victor Flanagan, Esq. |
| Adam K. Strider, Esq. | Kevin J. Robinson, Esq. |
| Bailey & Wyant, PLLC | Pullin Fowler Flanagan, Brown & Poe, PLLC |
| 500 Virginia Street, East, Suite 600 | 252 George Street |
| PO Box 3710 | Beckley, WV 25801 |
| Charleston, WV 25337-3710 | *Counsel for Raleigh County Defendants* |
| *Counsel for Louise E. Goldston* | |

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com