# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

v.                                                     CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON, *individually*,
COUNTY COMMISSION OF RALEIGH
COUNTY, *a political subdivision*,
JEFF MCPEAKE, *individually*,
BRIAN WHITE, *individually*, and
BOBBY STUMP, *individually*,

    Defendants.

## ORDER

Pending is Defendants' motion seeking a copy of the jury questionnaires for those jurors called to serve at trial, filed July 7, 2022. [Doc. 116].

The Court **ORDERS** that the motion be, and it hereby is, **GRANTED**. The Court **DIRECTS** the jury administrator to make available to counsel for all parties a list of prospective jurors and copies of the Juror Qualification Questionnaires for the jury panel to be used at trial.

The Clerk is directed to forward copies of this Order to the jury administrator and all counsel of record.

                                                ENTER:     July 12, 2022

*Frank W. Volk*
Frank W. Volk
United States District Judge