IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

   **Plaintiff,**

v.                                                          Civil Action No. 5:21-cv-00181
                                                                      Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**

   **Defendants.**

## NOTICE OF APPEARANCE OF JOHN P. FULLER

      COMES NOW the Defendant, Louise E. Goldston, who does hereby indicate that Jennifer, E. Tully, John P. Fuller and the law firm of Bailey & Wyant, PLLC appear in this matter as counsel on its behalf. All parties are requested to serve notices, pleadings and all other matters upon Jennifer E. Tully, John P. Fuller and the law firm of Bailey & Wyant, PLLC as additional counsel of record for the Defendant.

                                                                              **Louise E. Goldston,**
                                                                              **By Counsel,**

 /s/ John P. Fuller
**Jennifer E. Tully (WV Bar #9356)**
**John P. Fuller (WV Bar #9116)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
jtully@baileywyant.com
jfuller@baileywyant.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

   Plaintiff,

v.                                                           Civil Action No. 5:21-cv-00181
                                                                  Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

   Defendants.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing "**Notice of Appearance of John P. Fuller**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, July 13, 2022:

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV 25801
*Attorney For: Raleigh County Commission,
Bobby Stump, Brian White, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Matthew Gibson*

        **/s/ John P. Fuller**
        **Jennifer E. Tully (WV Bar #9356)**
        **John P. Fuller (WV Bar #9116)**
        **BAILEY & WYANT, PLLC**
        **500 Virginia Street, East, Suite 600**
        **Post Office Box 3710**
        **Charleston, West Virginia 25337-3710**
        **T: 304.345.4222**
        **F: 304.343.3133**
        **jtully@baileywyant.com**
        **jfuller@baileywyant.com**