IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    Plaintiff,

v.                                          Civil Action No. 5:21-cv-00181
                                                  Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

    Defendants.

## DEFENDANT LOUISE E. GOLDSTON'S NOTICE OF APPEAL

**COMES NOW**, Louise E. Goldston, by counsel, Jennifer E. Tully, Adam K. Strider, and the law firm of Bailey & Wyant, PLLC, the Defendant in the above-captioned case, and hereby give notice that she is appealing the denial of judicial immunity to the United States Court of Appeals for the Fourth Circuit contained in the following Order:

1.     ECF Document No. 130 Memorandum Opinion and Order, dated July 13, 2022, denying Louise E. Goldston's Motion for Summary Judgment asserting, *inter alia*, judicial immunity as to Plaintiff's claims for relief.

                                                               **Louise E. Goldston,**
                                                               **By Counsel,**

 **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**John P. Fuller (WV Bar #9116)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**

**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**jfuller@baileywyant.com**
**astrider@baileywyant.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

    Plaintiff,

v.   Civil Action No. 5:21-cv-00181
    Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

    Defendants.

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"Defendant Louise E. Goldston's Notice of Appeal"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, July 13, 2022:

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Raleigh County Commission,
Bobby Stump, Brian White, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

        **/s/ Jennifer E. Tully**
        **Jennifer E. Tully (WV Bar #9356)**
        **John P. Fuller (WV Bar #9116)**
        **Adam K. Strider (WV Bar #12483)**
        **BAILEY & WYANT, PLLC**
        **500 Virginia Street, East, Suite 600**
        **Post Office Box 3710**
        **Charleston, West Virginia  25337-3710**
        **T: 304.345.4222**
        **F: 304.343.3133**
        **jtully@baileywyant.com**
        **jfuller@baileywyant.com**
        **astrider@baileywyant.com**