Generated: Jul 13, 2022 5:07PM  Page 1/1



## U.S. District Court

### West Virginia Southern - Charleston

Receipt Date: Jul 13, 2022 4:09PM

BAILEY & SLOTNICK
500 VIRGINIA STREET EAST
CHARLESTON, WV 25301

Rcpt. No: 2000022  Trans. Date: Jul 13, 2022 4:09PM  Cashier ID: #MS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $505.00 |

Total Due: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.