**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

MATTHEW GIBSON,

     Plaintiff,

v.                                                                     CIVIL ACTION NO.  5:21-cv-00181

LOUISE E. GOLDSTON, *individually*,
and COUNTY COMMISSION
OF RALEIGH COUNTY,
*a political subdivision*,

     Defendants.

## <u>ORDER</u>

The Court has stayed the case pending dismissal or issuance of the mandate.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** all pending Motions and **RETIRES**

the case to the inactive docket.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTER:        July 18, 2022

Frank W. Volk
United States District Judge