FILED: November 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1757
(5:21-cv-00181)

_____

MATTHEW GIBSON

       Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

       Defendant - Appellant

 and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision; JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE, individually

       Defendants

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $43.20, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

                                              For the Court--By Direction

/s/ Nwamaka Anowi, Clerk

**U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM** (Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:

- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $500 (effective 12/1/2013). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (Effective 10/1/2015, the court requires 1 copy when filed; 3 more copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: **No. 22-1757, Gibson v. Goldston**

Prevailing Party Requesting Taxation of Costs: **Appellee Matthew Gibson**

| Appellate Docketing Fee (prevailing appellants): | | Amount Requested: _____ | | | Amount Allowed: _____ | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | **Page Cost** ($\leq$ $.15) | **Total Cost** |
| | Requested | Allowed (court use only) | Requested | Allowed (court use only) | | Requested | Allowed (court use only) |
| Appellee's Brief | 72 | | 4 | | $.15 | $ 43.20 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL BILL OF COSTS:** | | | | | | $ 43.20 | **OK** |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per page or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

Signature: **/s/ Patrick Jaicomo**       Date: **11/02/23**

**Certificate of Service**

I certify that on this date I served this document as follows:

Electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: John P. Fuller, Adam K. Strider, Jennifer E. Tully, BAILEY & WYANT, PLLC, 500 Virginia Street East, Suite 600 Charleston, WV 25301

Signature: **/s/ Patrick Jaicomo**       Date: **11/02/23**

02/06/2018 PSC/ SCC

# Invoice

| | |
|---|---|
| Invoice Number: | 0000009149702 |
| Date: | 06/29/2023 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

### Sold To

Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203   USA

| | | | |
|---|---|---|---|
| Attention: | Anya Bidwell, Esq. | File No.: | 809118 |
| | | Court: | USCOA - 4TH |
| | | Case Name: | Gibson v. Goldston |

| | | | | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| 288.00 | Preparation of Brief | @ | $0.30 | $86.40 |
| 4.00 | Volumes Bound | @ | $10.00 | $40.00 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $65.00 | $65.00 |

**12-KR**
07/05/2023 16:01 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $291.40 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $291.40 |

Page 1 of 1