# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MATTHEW GIBSON,

    Plaintiff,

v.                                      CIVIL ACTION NO. 5:21-cv-00181

LOUISE E. GOLDSTON, *individually*,
and COUNTY COMMISSION
OF RALEIGH COUNTY,
*a political subdivision*,

    Defendants.

## ORDER

The Court stayed this matter pending dismissal or issuance of a mandate. On November 21, 2023, the Court received the mandate [Doc. 146]. Therefore, the Court **REINSTATES** this case to the active docket. The Court further **ORDERS** a civil jury trial be **SCHEDULED for January 9, 2024, at 9:00 a.m. in Beckley.**

If the parties desire to file a proposed amended integrated pretrial order, they must do so on or before **December 9, 2023**. The requirements and directives of the previously operative scheduling order(s) remain in full force and effect.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                        ENTER: November 27, 2023

                                        Frank W. Volk
                                        United States District Judge