IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**
   **Plaintiff,**

**v.**                                                      **Civil Action No. 5:21-cv-00181**
                                                             **Honorable Frank W. Volk**

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**
   **Defendants.**

## NOTICE OF SETTLEMENT

**NOW COMES** Defendant Louise E. Goldston, by counsel, Jennifer E. Tully, John P. Fuller, Adam K. Strider and the law firm of Bailey & Wyant, PLLC, and hereby announces to the Court that a settlement has been reached of all of Plaintiff Matthew Gibson's claims. The parties are in the process of completing that settlement and a Final Dismissal Order reflecting the dismissal of all claims with prejudice will be submitted to the Court in the near future.

                                                                    **Louise E. Goldston,**
                                                                    **By Counsel,**

**s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**John P. Fuller (WV Bar #9116)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**jfuller@baileywyant.com**
**astrider@baileywyant.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**
   Plaintiff,

v.                                                          Civil Action No. 5:21-cv-00181
                                                           Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,**
**COUNTY COMMISSION OF RALEIGH**
**COUNTY, a political subdivision, JEFF**
**MCPEAKE, individually, BRIAN WHITE,**
**individually, BOBBY STUMP,**
**individually,**
   Defendants.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"NOTICE OF SETTLEMENT"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, December 20, 2023:

J. Victor Flanagan
Kevin J. Robinson
Pullin Fowler Flanagan Brown & Poe, PLLC
252 George Street
Beckley, WV  25801
*Attorney For: Bobby Stump, Brian White,*
*County Commission of Raleigh County, Jeff McPeake*

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Matthew Gibson*

Patrick M. Jaicomo
Anya Bidwell
Institute for Justice
901 North Clebe Road, Ste. 900
Arlington, VA  22203
*Attorney For: Matthew Gibson*

  **/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**John P. Fuller (WV Bar #9116)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
**jfuller@baileywyant.com**
**astrider@baileywyant.com**