IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MATTHEW GIBSON,**

   Plaintiff,

v.                                                           Civil Action No. 5:21-cv-00181
                                                                   Honorable Frank W. Volk

**LOUISE E. GOLDSTON, individually,
COUNTY COMMISSION OF RALEIGH
COUNTY, a political subdivision, JEFF
MCPEAKE, individually, BRIAN WHITE,
individually, BOBBY STUMP,
individually,**

   Defendants.

## AGREED DISMISSAL ORDER

On this day came the parties, by counsel, and announced to the Court that all matters in controversy between them have been settled, and asked that this Court dismiss this case, with prejudice.

**WHEREFORE**, hearing no objection thereto, it is hereby **ORDERED** and **ADJUDGED** that all claims in this action are hereby **DISMISSED**, **with prejudice**, with each party to bear its own costs and expenses, including attorney's fees, incurred in this action.

It is further **ORDERED** that the Clerk remove this case from the active docket. The Clerk is directed to send attested copies of this Order to all counsel of record.

   **ENTERED**: _____

                                                                     _____
                                                                     **Honorable Frank W. Volk**

**Prepared By:**

**/s/ Jennifer E. Tully**
**Jennifer E. Tully (WV Bar #9356)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jtully@baileywyant.com**
*Attorney for: Louise Goldston*


**Approved By:**

**/s/ John H. Bryan (w/permission)**
**John H. Bryan (WV Bar #10259)**
**Law Office of John H. Bryan**
**PO Box 366**
**Union, WV  24983**
**jhb@johnbryanlaw.com**
*Attorney For: Matthew Gibson*


**/s/ Kevin J. Robinson (w/permission)**
**Kevin J. Robinson (WV Bar #10181)**
**Pullin Fowler Flanagan Brown & Poe PLLC**
**252 George Street**
**Beckley, WV  25801**
**krobinson@pffwv.com**
*Attorney For: Bobby Stump, Brian White, County Commission of Raleigh County, Jeff McPeake*